IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PVP ASTON, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs Below, Appellants, | § | No. 67, 2023 |
| | § | |
| v. | § | |
| | § | Court Below:  Superior Court |
| U.S. BANK NATIONAL | § | of the State of Delaware |
| ASSOCIATION, *et al.*, | § | |
| | § | |
| Defendants Below, Appellees. | § | C.A. No. N22C-03-103 |

Submitted:    January 31, 2024
Decided:  February 14, 2024

Before **VALIHURA**, **TRAYNOR** and **GRIFFITHS**, Justices.

## **O R D E R**

Now this 14th day of February 2024, the Court having considered this matter on the briefs and the oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated January 24, 2023;

NOW THEREFORE, IT IS ORDERED that the decision of the Superior Court be and the same here by is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice